| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRECAS RAKEEM MATLOCK,<br><br>Defendant. | Case No. 25-cr-2046-CJW<br><br>**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS** |

_____

Before me is Defendant's Motion to Suppress, filed on March 9, 2026. (Doc. 20.) The Honorable C.J. Williams, Chief United States District Court Judge, referred the motion to me for a Report and Recommendation. On March 16, 2026, the Government filed a timely Response. (Doc. 22.) In its Response, the Government states it "does not intend on admitting any evidence obtained from" the devices Defendant is moving to suppress. Therefore, the suppression hearing scheduled on **March 25, 2026 at 2:00 p.m. is cancelled**.

Because the Government has not contested Defendant's motion on the merits, I find it inappropriate to simply grant the motion in its entirety. Rather, without making any recommendations regarding the constitutional bases for the motion, I conclude it is appropriate for the Court to grant the requested relief, i.e., that the Government be prohibited from offering any evidence from the devices at trial. For the reasons set forth above, I respectfully recommend the District Court **grant in part and deny as moot in part** Defendant's Motion to Suppress. **(Doc. 20.)** Thus, I recommend that the Court order that the Government not be permitted to offer evidence derived from any search of the devices that are the subject of the instant motion.

1

Objections to this Report and Recommendation in accordance with 28 U.S.C. Section 636(b)(l) and Fed. R. Crim. P. 59(b) must be filed within fourteen (14) days of the service of a copy of this Report and Recommendation. Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections. *See* Fed. R. Crim. P. 59. Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation as well as the right to appeal from the findings of fact contained therein. *United States v. Wise,* 588 F.3d 531, 537 n.5 (8th Cir. 2009)

**DONE AND ENTERED** at Cedar Rapids, Iowa, this 17th day of March, 2026.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

2